VINOD NICHANI – SB#277607
NICHANI LAW FIRM
1250 Oakmead Pkwy., #210
Sunnyvale, California 94085
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

(Proposed)Attorney for Debtor-in-Possession
EVENFLOW PLUMBING COMPANY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>EVENFLOW PLUMBING COMPANY;<br><br>Debtor-in-Possession | Case No.: 17-43017 RLE 11<br><br>CHAPTER 11<br><br><u>Hearing</u><br><u>Date: January 30, 2018</u><br><u>Time: 1:30 P.M.</u><br><u>Ctrm: Room 201</u> |

## **DEBTOR'S CHAPTER 11 STATUS CONFERENCE STATEMENT**

Evenflow Plumbing Company, the debtor in possession in the above-captioned Chapter 11 case (the "Debtor"), hereby submits its Chapter 11 Status Conference Statement in advance of the status conference, scheduled for January 30, 2018.

**A. The Debtors' Bankruptcy Filing and Current Situation**

    **a.** On December 1, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11. Initially, debtor filed without counsel. The Debtor continues to manage its affairs as a Debtor-in-Possession pursuant to sections 1107(a) of the Bankruptcy Code.

    **b.** Debtor's primary goal is to prepare a feasible plan to pay its creditors.

**B. Attendance at the Meeting of Creditors pursuant to 11 U.S.C. Section 341(a)**

    **a.** The 341 hearing has been continued to February 12, 2018. The responsible individual for the debtor was unable to attend the initial 341 hearing due to a medical issue.

**C. Debtor's Objectives in the Case**

    **a.** The Debtor's objective is to prepare and confirm a feasible plan to allow debtor to pay its creditors and once again become a profitable company.

**D. Compliance with U.S. Trustee Requests**

    **a.** There are outstanding requests due to the trustee. Debtor has agreed to appear at the proposed date of February 7, 2018 to attend the continued Initial Debtor Interview.

**E. Anticipated Date for Filing a Plan and Disclosure Statement**

    **a.** N/A

**F. Status of MOR's and DIP Accounts**

    **a.** Debtor has not yet filed operating reports. DIP Accounts have been opened.

**G. Retention of Professionals**

    a. An application to employ Nichani Law Firm dba Vinod Nichani will be filed no later than January 17, 2018.

**H. Use of Cash Collateral**

    a. N/A

The court granted relief from the automatic stay on behalf of Paul Beckwith, debtor's prior landlord on December 17, 2017. The court ordered a further extension to allow debtor to file the required documents listed on the Order to File Required Documents (Docket #6) to January 25, 2018 (Docket #27).

Date: January 16, 2018                NICHANI LAW FIRM

/s/ Vinod Nichani
Vinod Nichani, (Proposed)Attorney for Debtor-in-Possession EVENFLOW PLUMBING COMPANY

3

DEBTOR'S CHAPTER 11 STATUS CONFERENCE STATEMENT

Case: 17-43017    Doc# 29    Filed: 01/16/18    Entered: 01/16/18 21:48:42    Page 3 of 3